LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
LAW OFFICES OF LYNN HUBBARD, III
12 WILLIAMSBURG LANE
CHICO, CA 95926
TELEPHONE:  (530) 895-3252
FAX:  (530) 894-8244

Attorneys for Plaintiff
MARSHALL LOSKOT

BRIAN MILLS, SBN 216078
SNELL & WILMER, LLP
1920 MAIN STREET, SUITE 1200
IRVINE, CA 92614
TELEPHONE: (949) 253-2700
FAX: (949) 955-2507

Attorney for Defendant
LABORATORY CORPORATION OF AMERICA
dba REDDING PATHOLOGIST LABORATORY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL LOSKOT, <br><br> Plaintiff, <br><br> v. <br><br> LABORATORY CORPORATION OF AMERICA dba REDDING PATHOLOGISTS LABORATORY; FIRST RED BLUFF, L.L.C.; and DOES 1 through 10, <br><br> Defendants. | Case No. CIV. S-04-1960 GEB PAN <br><br> **ORDER TO CONTINUE STATUS CONFERENCE** |

**STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON**

Loskot v. Redding Pathology, et al.
CIV. S-04-1960 GEB PAN
- 1 -

## ORDER

**IT HAVING BEEN STIPULATED BETWEEN THE PARTIES, IT IS HEREBY ORDERED** that the status conference be continued to June 20, 2005, at 9:00 a.m. with the joint status report to be filed on or before June 6, 2005.

Dated: April 25, 2005

```
                                    /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge
```

**STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON**

- 2 -

Loskot v. Redding Pathology, et al.
CIV. S-04-1960 GEB PAN