1  BRENDA CRUZ KEITH, State Bar No. 108425
   Lawyer
2  1965 Market Street, 2nd Floor
   San Francisco, CA 94103
3  Telephone : (415) 626-6494
   Facsimile : (415) 626-9835
4
   Attorney for Defendant,
5  FIRST RED BLUFF, L.L.C.

6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10 MARSHALL LOSKOT,                    )    CASE NO.  2:04-CV-01960 GEB PAN
                                       )
11          Plaintiff,                 )    STIPULATION AND [PROPOSED]
                                       )    ORDER EXTENDING TIME
12     v.                              )    TO RESPOND TO PLAINTIFF'S
                                       )    FIRST AMENDED COMPLAINT
13 LABORATORY CORPORATION              )
   OF AMERICA dba REDDING              )
14 PATHOLOGIST LABORATORY;             )
   FIRST RED BLUFF, L.L.C.,            )
15                                     )
            Defendants.                )
16 _____)

17

18         Pursuant to Local Rule 83-143, Plaintiff Marshall Loskot and Defendant First Red Bluff,

19 by and through their respective counsel, hereby stipulate that Defendant First Red Bluff, L.L.C.

20 //

21 //

22 //

23 //

24 //

25 //

26 //

27

28 Stipulation and Proposed Order to Extend Time
   To Respond to First Amended Complaint

shall have an extension of up to and including June 2, 2005 in which to file and serve a response to the First Amended Complaint on file herein

    IT IS SO STIPULATED

Dated :05/30/05         LAW OFFICES OF LYNN HUBBARD

/S/ Lynn Hubbard, III, Esq.
LYNN HUBBARD III
SCOTTLYNN J. HUBBARD IV
Attorneys for Plaintiff,
MARSHALL LOSKOT

Dated :05/31/05         /S/ Brenda Cruz Keith, Esq.
BRENDA CRUZ KEITH
Attorney for Defendant,
FIRST RED BLUFF, L.L.C.

**IT IS SO ORDERED.**

Dated: June 7, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

Stipulation and Proposed Order to Extend Time
To Respond to First Amended Complaint