1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  LAW OFFICES OF LYNN HUBBARD, III
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone:  (530) 895-3252
4  Fax:  (530) 894-8244

5  Attorneys for Plaintiff

6  BRIAN MILLS, SBN 216078
   SNELL & WILMER, LLP
7  600 Anton Boulevard, Suite 1400
   Costa Mesa, CA 92626-7689
8  Telephone: (714) 427-7600
   Fax: (714) 427-7799
9
   Attorney for Defendant
10 LABORATORY CORPORATION OF AMERICA
   dba REDDING PATHOLOGIST LABORATORY
11
   BRENDA CRUZ KEITH, SBN 108425
12 LAW OFFICES OF BRENDA CRUZ KEITH
   1965 Market Street, 2nd Floor
13 San Francisco, CA 94103
   TELEPHONE: (415) 626-6494
14 FAX: (415) 626-9835

15 Attorney for Defendant
   FIRST RED BLUFF, L.L.C.
16

**FILED**

NOV 10 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL LOSKOT,<br><br>    Plaintiff,<br><br>v.<br><br>LABORATORY CORPORATION OF AMERICA dba REDDING PATHOLOGISTS LABORATORY; FIRST RED BLUFF, L.L.C.; and DOES 1 through 10,<br><br>    Defendants.<br>_____/ | Case No. CIV. S 04-1960 GEB PAN<br><br>**REQUEST FOR DISMISSAL AND ORDER THEREON AS TO DEFENDANT LABORATORY CORPORATION OF AMERICA dba REDDING PATHOLOGISTS LABORATORY ONLY** |

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff, Marshall Loskot, and defendant, Laboratory Corporation of America dba Redding Pathologists Laboratory, the parties hereby request that the Court dismiss the above-entitled action, with prejudice, **as to defendant Laboratory Corporation of America dba Redding Pathologists Laboratory ONLY**.

Nothing is this Request for Dismissal shall be construed to affect plaintiff's complaint and claims in the above-referenced case against defendants other than defendant, Laboratory Corporation of America dba Redding Pathologists Laboratory.

Dated: September 14, 2005        LAW OFFICES OF LYNN HUBBARD, III

/s/ Scottlynn J Hubbard, IV
SCOTTLYNN J HUBBARD, IV
Attorneys for Plaintiff

Dated: September 13, 2005        SNELL & WILMER LLP

Signature On File
BRIAN MILLS, ESQ.
Attorneys for Defendant Laboratory Corporation of America dba Redding Pathologists Laboratory

Dated: September 9, 2005        LAW OFFICES OF BRENDA CRUZ KEITH

Signature On File
BRENDA CRUZ KEITH, ESQ.
Attorneys for Defendant First Red Bluff, L.L.C.

**ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-04-1960 GEB PAN, is hereby dismissed with prejudice **as to Laboratory Corporation of America dba Redding Pathologists Laboratory only**.

Dated: 11-9-05

United States District Court Judge

Request for Dismissal and Order Thereon
As To Defendant Lab Corp of American Only        - 2 -        Loskot v. Redding Pathologists Laboratory, et al.
CIV. S-04-1960 GEB PAN